**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FALK, an individual,<br><br>    *Plaintiff,*<br><br>    -vs-<br><br>CITY OF LOS ANGELES, a local public entity, CHIEF WILLIAM BRATTON, SERGEANT BURRUS, OFFICERS CARBONELL AND BOWSER, and DOES 1-10,<br><br>    *Defendants.* | CASE NO.: CV-06-07540 GW (RZx)<br>Assigned to: Honorable Judge Wu<br><br>**JUDGMENT ON SPECIAL VERDICT** |

On May 11, 2010, the foregoing matter was called for trial in Courtroom 10 of the United States District Court.  The parties answered ready for Trial.. On May 11, 2010, a panel of jurors was called and sworn.

The case was tried to the jury and on May 17, 2010 the case was then submitted to the jury for deliberation.

On May 17, 2010, the jury returned a unanimous verdict as follows:

WE, THE JURY, in the above-entitled action, unanimously find the following Special Verdict on the following questions submitted to us:

<u>QUESTION NO. 1</u>

Did any Defendant(s) use excessive force in arresting or detaining Plaintiff?

1

*Answer (check "yes" or "no"):*

    PAUL BOWSWER:                  Yes _____    No ___✓___

    IAN CARBONELL                  Yes _____    No ___✓___

- If you answered "yes" to question no. 1, go to Question 2.
- If you answered "no" to question no. 1, sign and return this Verdict Form to the Court.

## QUESTION NO. 2

As to the Excessive Force claim, was the use of excessive force a cause of injury or harm to the Plaintiff?

*Answer (check "yes" or "no"):*

    PAUL BOWSWER:                  Yes _____    No _____

    IAN CARBONELL                  Yes _____    No _____

- If you answered "yes" to question no. 2, go to Question 3.
- If you answered "no" to question no. 2, sign and return this Verdict Form to the Court.

## QUESTION NO. 3

What sum of money, if any, will reasonably and fairly compensate the Plaintiff for his damages:

1. As against Defendant Bowswer:    $_____;
2. As against Defendant Carbonell:    $_____.
   Total:    $_____

## QUESTION NO. 4

2

Did Defendant Bowswer engage in conduce that was oppressive, malicious, and/or done with reckless or callous disregard of the Constitutional Rights of Plaintiff which would justify imposing punitive damages on Defendant Bowser:

*Answer (check "yes" or "no"):*

    PAUL BOWSWER:                Yes _____    No _____

Dated:   May 17, 2010         REDACTED VERDICT FORM AS TO FOREPERSON SIGNATURE

                                            FOREPERSON

## ORDER

Therefore, IT IS HEREBY ORDERED, DECREED AND ADJUDGED that judgment on the merits be entered in favor of Defendants, **CITY OF LOS ANGELES, IAN CARBONELL, and PAUL BOWSER**, and against Plaintiff, GREGORY FALK, that the Plaintiff take nothing; and that the Defendants **CITY OF LOS ANGELES, IAN CARBONELL, and PAUL BOWSER** as the prevailing parties, shall be entitled to recover their costs reasonably incurred in defense of this action per the cost bill.

Dated: May 20, 2010

                                                      Honorable George H. Wu
                                                      United States District Judge